IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Stanley L. Williams #165202 )
(full name)           (Register No).  )
_____ )    11-0987-CV-W-ODS-P
_____ )
                                      )    Case No. _____
          Plaintiff(s).               )
                                      )
v.                                    )
                                      )
                                      )
Daniel J. Pingelton                   )    Defendants are sued in their (check one):
(Full name)                           )    ____ Individual Capacity
_____ )    ✓ Official Capacity
_____ )    ____ Both
          Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): W.M.C.C.

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff  Stanley L. Williams    Register No. #165202
   Address    609 East Pence Road
              Cameron, Mo. 64429

B. Defendant  Pingelton Law firm The Guiar Building 28 North
              8th Street Suite 402 Columbia missouri 65201
   Is employed as  Attorney for post Conviction Motion and
                   Judgment Work

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Case 4:11-cv-00987-ODS   Document 1   Filed 09/26/11   Page 1 of 7

III. Do your claims involve medical treatment? Yes ___ No ✓

IV. Do you request a jury trial? Yes ✓ No ___

V. Do you request money damages? Yes ✓ No ___

State the amount claimed? $475,000,000/ 975,000,000 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ✓ No ___

VII. Grievance procedures: N/A

A. Does your institution have an administrative or grievance procedure?
N/A        Yes ___ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ___ No ___
N/A

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

N/A

D. If you have not filed a grievance, state the reasons.

N/A

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ✓ No ___

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ✓ No ___

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: Stanley L. Williams         Daniel J. Pingleton
              (Plaintiff)                    (Defendant)
(2) Date filed: 04/26/10 W.D. 6940 8 10/21/08

2

(3) Court where filed: <u>Federal Courts State Courts Boone County Court</u>

(4) Case Number and citation: <u>10-0031-CV-W-ODS-P W.D. 69 4/18</u> Case No: 06BA-CV05298

(5) Basic claim made: <u>N/A</u>

(6) Date of disposition: <u>N/A</u>

(7) Disposition: <u>N/A</u>
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: <u>N/A</u>
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

"See Attachedment"

B. State briefly your legal theory or cite appropriate authority:
Smith V. Bacon Eigth Circuit 699 F 2d 434 436 437 438 U.S. 1983 U.S. App 30626
Costa VS. Allen 323 S.W. 3d 383 385 386 387 389 2010 (MO App).
Gonzalez VS. Lopez 548 U.S. 140 144 145 146 147 148 126 S.ct 2557 (2006).

3

# IX. Statement of Claim:
## Intentional Breach of Contract

Plaintiff Mr. Stanley Williams, employed, Mr. Daniel J. Pingelton on 9-25-03, in connection with Plaintiff post conviction motion and judgment work on 9-25-03, Plaintiff entered into a contract with Pingelton for a total cash amount of $3,000, That at all times mentioned, Defendant was contracted for the sole purposes of perparation and presentation of Plaintiff, Mr. Stanley Williams, Amended motion to Disqualify original trial Judge and request an evidentiary hearing under case number 02-CV-211272. That cause and action was pending at that time in Jackson County Circuit Court house before the original Trial Judge, John R O'Malley.) The Contract also included one-on-one consultation with Plaintiff, Instead Defendant accepted for filing The Public defender Ms. Sarah W. Patel's Amended motion, without Plaintiff Mr. Stanley Williams, Authorization and/or consent. Defendant after accepting the payment, In full, either could not or would not fully perform all obligations requested under the Contract Defendant has refused to repay the $3,000, That was due and owing under terms of the contract,

## Breach of his fiduciory duty

On 01-Sept-03 Defendant contacted Plaintiff, through the "mail." And Advised Plaintiff that he would come to Moberly Correctional center to consult with Plaintiff, Mr. Williams the gist of any additional grounds for the amended motion and "re case plan." On 08-Oct-03 Defendant allegedly entered his appearance throught the "mail." On 06-Oct-03, Defendant And Sarah W. Patel Defendant at all times mentioned herein very specifically advised Plaintiff of his Reasonable belief in the validity of the grounds that Plaintiff Mr. Williams desired to have "Raised." In his first amended motion. As well as his stated intentions to file the additional motion To disqualify original trial Judge, Inter alia.
Not only did defendant not "raise" any of Plaintiff requested claims He did not file any of the most basic of motion.

In Plaintiff post conviction relief motion, As demonstrated In the proceeding under this fraud section these representations were false and fraudulent, Because Defendant either could not or would not file the Original first amended motion request Disqualification of the trial Judge and or request an continuances To assure that he had enough time to excute his duties. Defendant knew that his representations were false and made them for the purpose of inducing, Plaintiff's to enter into the Contract, Plaintiff's relied on Defendant representations when we paid his fee, $3,000 In Cash, And was damaged as a result therefore, The Defendant, Attorney, Carelessness directly caused Plaintiff Mr. Williams, Harm as a proximate cause of his failure to act Plaintiff Mr. Williams suffered for 8yrs, Substantial loss and Disadvantage the Defendant failed to take any action on my behalf and Plaintiff Won a Non binding arbitration against The Defendant for the recovery of Plaintiff $3,000 with the Missouri Bar fee Dispute resolution Committee on 3-31-05, file No. 04.071. Enforcement of arbitration Award, Any decision rendered may be enforced by a court of <u>Competent Jurisdiction</u> in accordance with the provisions of <u>Chapter 435, R.S.MO.</u>, However, The arbitration Award will not be binding without the prior written consent of all parties.

It may be necessary to consult a lawyer for advice on how to proceed to collect the arbitration award should that become necessary. See Plaintiff Exhibit(s)

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
Plaintiff is asking the Court for a hearing to appear personally In a Civil proceeding is whether there are any reasonable alternative means by which the Plaintiff may be heard and thus obtain meaningful access to the Court.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?     Yes ___ No ✓

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
N/A

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes ___ No ✓

If your answer is "Yes," state the name and address of the lawyer.
N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 22 day of September 2011.

*Stanley L Williams*
Signature(s) of Plaintiff(s)

4

Mr. Stanley L. Williams
#1052023-P-103
Western Missouri Correctional Center
609 East Pence Road
Cameron, Missouri 64429

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov

MAILED FROM:
WESTERN MISSOURI
CORRECTIONAL CENTER

"Legal Mail"



U.S. District Court
Office of the Clerk: 1510 Whittaker
Courthouse
400 E. Ninth Street
Kansas City, MO. 64106