# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 23, 2012

Mr. Stanley L. Williams
WESTERN MISSOURI CORRECTIONAL CENTER
165202
609 E. Pence Road
Cameron, MO 64429-0000

      RE: 11-3742 Stanley Williams v. Daniel Pingelton

Dear Mr. Williams:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

      Michael E. Gans
      Clerk of Court

JPP

Enclosure(s)

cc:    Ms. Ann Thompson

      District Court/Agency Case Number(s): 4:11-cv-00987-ODS

Case 4:11-cv-00987-ODS   Document 20   Filed 03/23/12   Page 1 of 2
Appellate Case: 11-3742   Page: 1   Date Filed: 03/23/2012 Entry ID: 3893490

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

_____

No: 11-3742
_____

Stanley L. Williams

Plaintiff - Appellant

v.

Daniel J. Pingelton

Defendant - Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:11-cv-00987-ODS)

---

**JUDGMENT**

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

March 23, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans